To: Abel Acosta - Clerk
Re: Requesting Copy of WR-78-589-02

78,589-02

2-23-15

Dear Mr Acosta:

I am a indigent prisoner who has no income filing Pro se. My Writ of habeas Corpus 11.07 was recently denied on 2/11/15 and I would like to request a copy of it at this time. Please provide me with a copy of writ WR-78-589-02 along with the supplemental statement of facts. Your consideration and services provided will be immensely helpful and appreciated.

Thank You

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 26 2015

Abel Acosta, Clerk

Respectfully,

TDC # 1913150